Fayette City National Bank, to use,
*v.* Samberg, Appellant.

Argued March 19, 1934. Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*H. S. Dumbauld,* with him *Armin H. Friedman* and
*Edward Dumbauld,* for appellant.

*Donald M. Higbee,* with him *E. C. Higbee,* of *Higbee,
Matthews & Lewellyn* and *J. Olan Yarnell,* for appellee.

PER CURIAM, April 23, 1934:
What we said in U. S. Bank and Trust Co. Case, 311
Pa. 320, is clearly applicable here, and rules this case.
The judgment of the court below is affirmed.